# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CLEMENTINE BUSH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **SPELMAN COLLEGE, ARAMARK** ) | **CIVIL ACTION FILE** |
| **MANAGEMENT SERVICES** ) | **NO. 1:04-CV-03261-CAM-AJB** |
| **LIMITED PARTNERSHIP, DBA** ) | |
| **ARAMARK SERVICEMASTER** ) | |
| **FACILITY SERVICES, ROBERT D.** ) | |
| **FLANIGAN, JR., JOHN BOWEN,** ) | **ELECTRONICALLY FILED** |
| **AND GARY PERRY,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## NOTICE OF SETTLEMENT

NOW COME Plaintiff Clementine Bush and Defendants ARAMARK Management Services Limited Partnership d/b/a ARAMARK Servicemaster Facility Services, Spelman College, Robert D. Flanigan, Jr., John Bowen, and Gary Perry, and file this Notice of Settlement to advise the Court that the parties have reached a settlement of the referenced case. The parties will file a notice of dismissal with prejudice with the Court in due course.

Respectfully submitted this 23rd day of February, 2006.

By: __s/ Clementine Bush_____     By: __s/ Joseph B. Harvey_____
     Clementine Bush                               L. Traywick Duffie
     100 Pebblebrooke Court                Georgia Bar No. 231950
     Covington, Georgia 30016             tduffie@hunton.com
     (770) 385-1348                                   Kenneth L. Dobkin
                                                        Georgia Bar No. 223432
                                                         kdobkin@hunton.com
                                                         Joseph B. Harvey
                                                         Georgia Bar No. 141593
                                                         harveyj@hunton.com
                                                         HUNTON & WILLIAMS LLP

By: _s/ Melissa B. Garrett (Luftig)      Bank of America Plaza, Suite 4100
     Melissa B. Garrett (Luftig)             600 Peachtree Street, N.E.
     Georgia Bar No. 460774                Atlanta, Georgia  30308-2216
     PAUL, HASTINGS,                         (404) 888-4238
     JANOFSKY & WALKER LLP
     600 Peachtree Street, N.E.             *Counsel for Defendant ARAMARK*
     Suite 2400                                   *Management Services Limited*
     Atlanta, Georgia  30308               *Partnership*
     Telephone:  (404) 815-2400
     Facsimile:  (404) 815-2424